FILED
AUG 10 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: 5:22 CR 453 |
| | ) | Title 18, United States Code, |
| AKIL L. JOSEPH, | ) | Sections 875(d), 2261(b)(5), and |
| ALEXA M. LOGAN, | ) | 2261A(2)(B) |
| | ) | |
| Defendants. | ) | **JUDGE NUGENT** |

COUNT 1
(Cyberstalking, 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5))

The Grand Jury charges:

1. From on or about November 26, 2021, through on or about July 13, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants AKIL L. JOSEPH and ALEXA M. LOGAN, with the intent to harass and intimidate another person, namely G.B., used an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to G.B. or an immediate family member of that person, in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

COUNT 2
(Cyberstalking, 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5))

The Grand Jury further charges:

2. From on or about November 9, 2021, through on or about July 13, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants AKIL L. JOSEPH and ALEXA M. LOGAN, with the intent to harass and intimidate another person, namely C.J., used an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to C.J. or an immediate family member of that person, in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

COUNT 3
(Cyberstalking, 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5))

The Grand Jury further charges:

3. From on or about November 9, 2021, through on or about July 13, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants AKIL L. JOSEPH and ALEXA M. LOGAN, with the intent to harass and intimidate another person, namely W.C., used an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to W.C. or an immediate family member of that person, in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

## COUNT 4
(Cyberstalking, 18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5))

The Grand Jury further charges:

4. From on or about December 20, 2021, through on or about July 13, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants AKIL L. JOSEPH and ALEXA M. LOGAN, with the intent to harass and intimidate another person, namely T.S., used an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to T.S. or an immediate family member of that person, in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

## COUNT 5
(Interstate Communications with Intent to Extort, 18 U.S.C. § 875(d))

The Grand Jury further charges:

5. From on or about November 17, 2021, through on or about May 17, 2022, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants AKIL L. JOSEPH and ALEXA M. LOGAN did knowingly and intentionally transmit in interstate and foreign commerce with intent to extort from persons, to wit: G.B., C.J., W.C., and T.S., money, communications, to wit: electronic mail messages, containing a threat to injure the reputation of the addressee and another person, in violation of Title 18, United States Code, Section 875(d).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.